IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| ANCO CONSTRUCTION, INC., | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| vs. | * | No. 3:10CV00186 SWW |
| | * | |
| RSVP HOSPITALITY, LLC and | * | |
| WESTERN SURETY COMPANY, | * | |
| | * | |
| Defendants. | * | |

**Order of Dismissal**

Pursuant to the motion to dismiss filed in this action by defendants, stating that the parties have settled their dispute,

IT IS THEREFORE ORDERED that the motion is granted, and all claims and counter-claims in the above cause of action hereby are dismissed with prejudice.

DATED this 11th day of February, 2013.

/s/Susan Webber Wright

UNITED STATES DISTRICT COURT